UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASHES PLUS NINE, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-07101-LJC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AND PERFECT SERVICE UPON DEFENDANTS WITHOUT PREJUDICE AND VACATING FEBRUARY 16, 2023 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

On February 9, 2023, Plaintiff GS Holistic, LLC filed a Motion for Extension of Time to File and Perfect Service Upon Defendants. Dkt. 12. Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be served within ninety days after the complaint is filed, but "the court must extend time for service for an appropriate period" if the plaintiff shows good cause for failing to meet the deadline. Fed. R. Civ. P. 4(m). Rule 4(m) also states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Id.

Plaintiff's complaint was filed on November 11, 2022, and its deadline to serve Defendants was February 9, 2023. Plaintiff served Defendant Ashes Plus Nine d/b/a/ Smoke Shop Ashes on February 14, 2023, four days after the deadline. Dkt. 14. The complaint also names Gaizan N. Alreyashi as an additional defendant, but while Alreyashi accepted service on behalf of Defendant Ashes Plus Nine on February 14, 2023, Defendant Alreyashi has not been served. Dkt. 8.

Local Rule 6-3 establishes the requirements for a motion to enlarge or shorten time in this

Court. Such a motion must be accompanied by a declaration, as set out in Local Rule 6-3(a), and requires a movant to set forth with particularity the reasons for the requested enlargement or shortening of time. Plaintiff's motion lacks a supporting declaration, and thus, does not comply with Local Rule 6-3(a). Accordingly, Plaintiff's motion is DENIED without prejudice. Dkt. 12.

Within 7 days from the date of this order, Plaintiff may refile its motion for an extension of time to serve Defendants and shall serve the remaining Defendant Alreyashi. If Plaintiff complies with the local rules and shows good cause for its failure to effectuate timely service, the Court need not dismiss this complaint and may "extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff's Motion for Extension of Time to File Case Management Statement remains pending. Dkt. 13. The Court will address that motion after the 7-day time period has passed for Plaintiff to take action based on this order. The Case Management Conference scheduled for February 16, 2023 is VACATED.

**IT IS SO ORDERED.**

Dated: February 15, 2023

LISA J. CISNEROS
United States Magistrate Judge

2