UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHES PLUS NINE d/b/a SMOKE SHOP ASHES and GAIZAN N ALREYASHI,<br><br>　　　　　　Defendant. | No. 3:22-cv-07101-LJC<br><br>**ORDER ON MOTION FOR LEAVE TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Upon consideration of the Plaintiff's Motion, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion to Deem Proposed Findings of Fact and Law as Timely Filed is GRANTED.

**DONE AND ORDERED** in Chambers this 11 day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record