UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASHES PLUS NINE, et al., <br><br> Defendants. | Case No. 22-cv-07101-YGR (LJC) <br><br> **NOTICE OF REFERRAL FOR REPORT AND RECOMMENDATION** |

Plaintiff GS Holistic, LLC's Motion for Default Judgment (ECF No. 57) has been referred to Magistrate Judge Lisa J. Cisneros for a Report and Recommendation. *See* ECF No. 63. Pursuant to Civil Local Rule 7-1(b), the undersigned finds that this matter is suitable for resolution without oral argument, and therefore, will not set a hearing. A written Report and Recommendation will follow.

**IT IS SO ORDERED.**

Dated: February 20, 2024

LISA J. CISNEROS
United States Magistrate Judge